UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARY SMUTS, | Case No. 19-cv-00462-SI |
| Plaintiff, | |
| v. | **ORDER RE CONFERENCE CALL ON THE PARTIES' JOINTLY SUBMITTED DISCOVERY DISPUTE** |
| SAKS & COMPANY, LLC, | Re: Dkt. No. 14 |
| Defendant. | |

The Court has reviewed the parties' May 31, 2019 jointly submitted discovery dispute letter. The Court hereby orders a teleconference to discuss these matters further on **Thursday June 13, 2019 at 3:30 p.m.**

Defendant should be prepared to discuss the number of individuals whose identities and contact information are currently requested by plaintiffs.

**IT IS SO ORDERED**.

Dated: June 7, 2019

SUSAN ILLSTON
United States District Judge